■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROCCO R. VILLANI, Appellant. [641 NYS2d 567] —Appeal by the

defendant from an amended judgment of the County Court, Dutchess County (Marlow, J.), rendered June 26, 1995, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated the conditions thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a controlled substance in the fifth degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.